UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | § |
| | § |
| | § |
| vs. | § |
| | § Case No. 4:20-cr-00055-SDJ-CAN-3 |
| **CRAIG BEASON** | § |
| | § |
| **Defendant.** | § |

## NOTICE OF APPEARANCE OF LEAD COUNSEL

COMES NOW, Scott H. Palmer of Scott H. Palmer, P.C. and file this Notice of Appearance of Lead Counsel for **CRAIG BEASON** in this matter.

### I.

Defendant has retained Scott H. Palmer of Scott H. Palmer, P.C., as counsel in this case. Defendant asks the Court and the Clerk to note his appearance as lead counsel for (Name of Defendant).

Respectfully submitted,

**By:**   /s/ Scott H . Palmer
SCOTT H. PALMER
TX State Bar No. 00797196

SCOTT H. PALMER, P.C.
15455 Dallas Parkway
Suite 540, LB 32
Addison, Texas 75001
TEL (214) 987-4100
FAX (214) 922-9900

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on the March 9, 2020, a true and correct copy of the foregoing motion was sent by CM/ECF to:

Glenn Roque-Jackson
U.S. Attorney's Office EDTX
101 E Park Blvd
Suite 500
Plano, TX 75074

Anand Varadarajan
U.S. Attorney's Office EDTX
101 E Park Blvd
Suite 500
Plano, TX 75074

/s/ Scott H. Palmer
SCOTT H. PALMER