**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | CASE NOS.   **4:20-CR-029 (2) ALM/CAN** |
| | § | **4:20-CR-031 (2) ALM/CAN** |
| | § | **4:20-CR-037 (2) ALM/CAN** |
| **VS.** | § | **4:20-CR-038 (3) ALM/KPJ** |
| | § | **4:20-CR-047 (4) SDJ/CAN** |
| | § | **4:20-CR-048 (2) SDJ/KPJ** |
| | § | **4:20-CR-055 (3) SDJ/CAN** |
| | § | |
| **CRIAG BEASON** | § | |

## ORDER

The above defendant has initial appearance hearings set before the Court on March 24, 2020. Pursuant to the Divisional Standing Order Regarding Plano Courthouse Closure Until April 2, 2020, the hearings are hereby CANCELLED for all the above referenced cases. The hearings will be reset at a later date in a subsequent order.

**So ORDERED and SIGNED this 19th day of March, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE